1  WENDY MEDURA KRINCEK, ESQ., Bar # 6417
   KAITLYN M. BURKE, ESQ., Bar # 13454
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:     702.862.8800
   Fax No.:         702.862.8811
5  Email: wkrincek@littler.com
   Email: kmburke@littler.com
6
   Attorneys for Defendant
7  ULTA SALON, COSMETICS & FRAGRANCE, INC.

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10

11 JOSE A. GOMEZ, an individual,

12              Plaintiff,                    Case No. 2:16-cv-00922-APG-VCF

13 vs.                                        **STIPULATION FOR EXCEPTION TO**
                                              **ATTENDANCE REQUIREMENTS FOR**
14 ULTA SALON, COSMETICS &                    **EARLY NEUTRAL EVALUATION**
   FRAGRANCE, INC., a Delaware                **SESSION**
15 Corporation and DOES I through X,
   inclusive, and ROE CORPORATIONS I-         **ENE DATE:  July 22, 2016**
16 X, inclusive,                              **ENE TIME:  10:00 a.m.**
   Defendants.
17                                            **MAGISTRATE JUDGE NANCY J. KOPPE**

18

19      Defendant ULTA SALON, COSMETICS & FRAGRANCE, INC. (hereinafter "Ulta" or

20 "Defendant"), and Plaintiff JOSE A. GOMEZ ("Plaintiff"), by and through their attorneys of record,

21 hereby file this Stipulation requesting permission to excuse Ulta's insurance representative from

22 attendance at the Early Neutral Evaluation ("ENE") Session set for July 22, 2016.

23      The Order Scheduling ENE Session (Dkt. #10) requires a representative of Ulta's insurance

24 carrier with authority to settle this matter up to the full amount of the claim to be present.  Ulta

25 requests an exception to this requirement because Ulta has a $250,000 Dollar ($250,000.00)

26 retention on its insurance policy covering this matter.  In light of the value of this claim, Ulta does

27 not believe there is any reasonable good faith possibility that the indemnity will be triggered.

28 Therefore, Ulta believes that it will be more efficient and economical to excuse the insurance

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

representative from attendance. Additionally, Ulta's corporate representative, Anne Stolman, Senior Counsel is prepared to fully and actively participate in the ENE and has binding authority to settle this matter. Plaintiff's counsel has no objection to Ulta's request.

In consideration of the above, Ulta respectfully requests that the Court grant its request to excuse the attendance of an insurance representative for the ENE session scheduled for July 22, 2016.

Dated: July 6, 2016

Respectfully submitted,

/s/ Ryan Alexander, Esq.
RYAN ALEXANDER, ESQ.
RYAN ALEXANDER, CHTD

Attorney for Plaintiff
JOSE A. GOMEZ

Dated: July 6, 2016

Respectfully submitted,

/s/ Kaitlyn M. Burke, Esq.
WENDY MEDURA KRINCEK, ESQ.
KAITLYN M. BURKE, ESQ.
Littler Mendelson, P.C.

Attorneys for Defendant
ULTA SALON, COSMETICS & FRAGRANCE, INC.

**IT IS SO ORDERED.**

DATED: July ___7___, 2016

THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

Firmwide:141317224.1 059310.1097

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.