WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:         702.862.8811
Email: wkrincek@littler.com
Email: kmburke@littler.com

Attorneys for Defendant
ULTA SALON, COSMETICS & FRAGRANCE, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE A. GOMEZ, an individual, | |
| Plaintiff, | Case No. 2:16-cv-00922-APG-VCF |
| vs. | **STIPULATION TO VACATE EARLY NEUTRAL EVALUATION SESSION** |
| ULTA SALON, COSMETICS & FRAGRANCE, INC., a Delaware Corporation and DOES I through X, inclusive, and ROE CORPORATIONS I-X, inclusive, | **ENE DATE:** July 22, 2016<br>**ENE TIME:** 10:00 a.m. |
| Defendants. | **MAGISTRATE JUDGE NANCY J. KOPPE** |

Defendant ULTA SALON, COSMETICS & FRAGRANCE, INC. (hereinafter "Ulta" or "Defendant"), and Plaintiff JOSE A. GOMEZ ("Plaintiff"), by and through their attorneys of record, hereby file this Stipulation to vacate the Early Neutral Evaluation ("ENE") Session set for July 22, 2016.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1     The parties have reached a resolution of this matter and request a period of thirty (30) days from the date this order is entered to file a stipulation for dismissal.

Dated: July 20, 2016            Dated: July 20, 2016

Respectfully submitted,          Respectfully submitted,

/s/ Ryan Alexander, Esq.          /s/ Kaitlyn M. Burke, Esq.
RYAN ALEXANDER, ESQ.       WENDY MEDURA KRINCEK, ESQ.
RYAN ALEXANDER, CHTD      KAITLYN M. BURKE, ESQ.
                                                  LITTLER MENDELSON, P.C.

Attorney for Plaintiff              Attorneys for Defendant
JOSE A. GOMEZ                 ULTA SALON, COSMETICS & FRAGRANCE, INC.

Stipulation of dismissal due no later than August 22, 2016.

**IT IS SO ORDERED.**

DATED: July 20, 2016

THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.