WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:       702.862.8811
Email: wkrincek@littler.com
Email: kmburke@littler.com

Attorneys for Defendant
ULTA SALON, COSMETICS & FRAGRANCE, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE A. GOMEZ, an individual,<br><br>              Plaintiff,<br><br>vs.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC., a Delaware Corporation and DOES I through X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>              Defendants. | Case No. 2:16-cv-00922-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Defendant ULTA SALON, COSMETICS & FRAGRANCE, INC. (hereinafter "Ulta" or "Defendant"), and Plaintiff JOSE A. GOMEZ ("Plaintiff"), hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

Each party shall bear its own costs and attorney's fees.

Dated: July 22, 2016

Respectfully submitted,

/s/ Ryan Alexander
RYAN ALEXANDER, ESQ.
RYAN ALEXANDER, CHTD

Attorney for Plaintiff
JOSE A. GOMEZ

Dated: July 25, 2016

Respectfully submitted,

/s/ Kaitlyn M. Burke
WENDY MEDURA KRINCEK, ESQ.
KAITLYN M. BURKE, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ULTA SALON, COSMETICS & FRAGRANCE, INC.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: August 15, 2016

Firmwide:141655519.1 059310.1097

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800